UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF DUANE E. CHARLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EASTERN STATE HOSPITAL, et al., <br><br> Defendants. | NO: 13-CV-0389-TOR <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 16.) Pursuant to the parties' stipulation, this case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

ORDER OF DISMISSAL ~ 1

2.  The telephonic Status Conference set for April 18, 2014, is **CANCELLED**.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 14, 2014.



```
                    _____
                         THOMAS O. RICE
                     United States District Judge
```

ORDER OF DISMISSAL ~ 2